UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

EVARISTO JONATHAN GARCIA,

                       Petitioner,

     v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

                     Respondents.

Case No. 2:17-cv-03095-JCM-CWH

ORDER

      Petitioner's unopposed motion for extension of time (ECF No. 11) is GRANTED. Petitioner will have until November 1, 2018, to file an amended petition for writ of habeas corpus in this case.

      IT IS SO ORDERED.

      DATED August 8, 2018.

                                            JAMES C. MAHAN
                                          UNITED STATES DISTRICT JUDGE