UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVARISTO JONATHAN GARCIA,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 2:17-cv-03095-JCM-CWH<br><br>ORDER |

Petitioner's second unopposed motion for extension of time (ECF No. 13) is GRANTED. Petitioner will have until January 8, 2019, to file an amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED December 10, 2018.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1