UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVARISTO JONATHAN GARCIA,<br><br>                               Petitioner,<br>     v.<br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                               Respondents. | Case No. 2:17-cv-03095-JCM-CWH<br><br>ORDER |

Petitioner's third unopposed motion for extension of time (ECF No. 15) is GRANTED. Petitioner will have until February 7, 2019, to file an amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED January 10, 2019.

                                                                    */s/ James C. Mahan*
                                                                    JAMES C. MAHAN
                                                                    UNITED STATES DISTRICT JUDGE