# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVARISTO JONATHAN GARCIA,

           Petitioner,

  v.

CALVIN JOHNSON, et al.,

           Respondents.

Case No. 2:17-cv-03095-JCM-CWH

**ORDER**

     Good cause appearing, IT IS HEREBY ORDERED that Petitioner Evaristo Jonathan Garcia's unopposed motion to extend the time for filing a second amended petition (first request) (ECF No. 34) is GRANTED. Garcia has until December 6, 2022, to file a second amended petition.

DATED: November 29, 2022

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE