# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO JONATHAN GARCIA,<br><br>　　　　　　　Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:17-cv-03095-JCM-CWH<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed first motion to extend time (ECF No. 37) is GRANTED. Respondents have until April 7, 2023, to respond to the second-amended petition.

DATED: February 6, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1