# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO JONATHAN GARCIA,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:17-cv-03095-JCM-CWH<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed second motion to extend time (ECF No. 39) is GRANTED.  Respondents have until May 22, 2023, to respond to the second-amended petition.

DATED: April 21, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1