# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO JONATHAN GARCIA,<br><br>    Petitioner,<br>  v.<br><br>CALVIN JOHNSON, et al.,<br><br>    Respondents. | Case No. 2:17-cv-03095-JCM-CWH<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed first motion to extend time (ECF No. 49) is GRANTED. Petitioner has until September 19, 2023, to file an opposition to Respondents' motion to dismiss.

DATED: July 27, 2023.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE