# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EVARISTO JONATHAN GARCIA,

                        Petitioner,

   v.

W.A. Gittere[1], et al.,

                      Respondents.

Case No. 2:17-cv-03095-JCM-CWH

**ORDER**

      Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed second motion to extend time (ECF No. 51) is GRANTED.  Petitioner has until October 3, 2023, to file an opposition to Respondents' motion to dismiss.

      It is further ordered that the Clerk of Court is directed to substitute W.A. Gittere for Respondent Calvin Johnson.

      DATED:  September 22, 2023.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

---

[1] The Court directs the Clerk of the Court to substitute Petitioner's current immediate physical custodian, W.A. Gittere, as Respondent for the prior Respondent Calvin Johnson pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.