# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO JONATHAN GARCIA,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>W.A. Gittere, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:17-cv-03095-JCM-CWH<br><br>**ORDER** |

　　　　Respondents move for an extension of time (ECF No. 58) to file their reply in support of their motion to dismiss. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

　　　　It is therefore ordered that Respondents' second unopposed motion for enlargement of time (ECF No. 58) is granted. Respondents have until February 16, 2024, to file their reply.

　　　　DATED: January 10, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE