# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO JONATHAN GARCIA,<br><br>                Petitioner,<br>v.<br>W.A. Gittere, et al.,<br><br>                Respondents. | Case No. 2:17-cv-03095-JCM-CWH<br><br>**ORDER** |

Respondents move for an extension of time (ECF No. 60) to file their reply in support of their motion to dismiss. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' third unopposed motion for enlargement of time (ECF No. 60) is granted. Respondents have until April 1, 2024, to file their reply.

DATED: February 21, 2024.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE