# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO JONATHAN GARCIA,<br><br>　　　　　　　　Petitioner,<br>　v.<br>W.A. GITTERE, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:17-cv-03095-JCM-CWH<br><br>**ORDER** |

　　　This counseled habeas matter is before the court on petitioner Evaristo Jonathan Garcia's declaration of voluntary dismissal of the unexhausted portion of ground IV of his sealed second-amended petition. ECF No. 70. On October 30, 2024, this court determined that ground IV is unexhausted to the extent that Garcia alleges a violation of the Confrontation Clause, and instructed Garcia to inform the court how he wished to proceed. ECF No. 67. Garcia has timely complied.

**IT IS THEREFORE ORDERED:**

1. Ground IV of the sealed second-amended petition (ECF No. 36) is DISMISSED to the extent that it includes an allegation of a violation of the Confrontation Clause.

2. Pursuant to this court's scheduling order (ECF No. 9), respondents must file their answer to the remaining grounds in the sealed second-amended petition within 60 days of service of this order. Garcia will then have 30 days following service of the answer to file his reply.

DATED: December 9, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE