# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO JONATHAN GARCIA,<br><br>                    Petitioner,<br>v.<br><br>W.A. GITTERE, et al.,<br><br>                    Respondents. | Case No. 2:17-cv-03095-JCM-CWH<br><br>**ORDER** |

In this habeas corpus action, Respondents request a 60-day enlargement of time to file and answer to the remaining grounds of the Second Amended Petition (ECF No. 72). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED:**

1. Respondents' Unopposed Motion for Enlargement of Time (First Request) (ECF No. 72) is granted. Respondents have until April 8, 2025, to file an Answer to the Second Amended Petition.

DATED: February 10, 2025.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE