**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVARISTO JONATHAN GARCIA,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>W.A. Gittere, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:17-cv-03095-JCM-CWH<br><br>**ORDER** |

　　　Petitioner Evaristo Jonathan Garcia moves for an extension of time (ECF No. 77) to file his reply in support of his petition for writ of habeas corpus. Habeas actions are civil actions under federal practice and are subject to the reporting requirements of the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471, *et seq.*[1] Given the age of this case, Petitioner will have **a final extension** until **September 5, 2025,** to file his reply. Given the Court's case management responsibilities under the CJRA, moving forward counsel will be required to prioritize the briefing of this matter. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

　　　It is therefore ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 77) is granted. Petitioner has until September 5, 2025, to file his reply.

　　　DATED: July 23, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The CJRA provides that each United States District Court must develop a civil justice expense and delay reduction plan to facilitate the deliberate adjudication of civil cases on the merits, monitor and improve litigation management, and reduce cost and delay. *See also* Fed. R. Civ. P. 1 (noting the rules should be implemented to "secure the just, speedy, and inexpensive determination" of each case). The CJRA mandates the early and on-going judicial management of case progress. 28 U.S.C. § 473(a).